UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-2886-GHW | Date | December 20, 2016 |
|---|---|---|---|
| Title | *Samuel Privett, Jr. v. Rash Curtis and Associates* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **TRANSFER OF CASE TO JUDGE WU**

This action has been reassigned to the HONORABLE GEORGE H. WU, United States District Judge.

Please substitute the initials GHW in place of the initials MCE. The case number will now read: 2:16-cv-02886-GHW. As documents are routed using the judge's initials, it is important to use the correct initials on all subsequent filings. Judge Wu's Courtroom Deputy Clerk, Javier Gonzalez, can be reached at (213)894-0191 or at javier_gonzalez@cacd.uscourts.gov.

Judge Wu is located in Courtroom 9D, at the First Street Courthouse, 350 W. First Street, 9th Floor, Los Angeles, CA 90012. Additional information about Judge Wu's procedures and schedule can be found on the Court's website at www.cacd.uscourts.gov.

Counsel for Plaintiff will provide a copy of the Complaint to chambers pursuant to Local Rule 5-4.5.

Pursuant to Local Rule 5-4.5 - A mandatory chambers copy of every electronically filed document must be delivered to the chambers of the assigned judge, or other designated location, no later than 12:00 noon on the following business day. Copies shall be delivered to Judge Wu's mail box outside the Clerk's Office on the 4th Floor of the First Street Courthouse.

|  | : |
|---|---|
| Initials of Preparer | JG |