UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Samuel Privett, Jr.,<br><br>    Plaintiff,<br><br>    vs.<br><br>Rash Curtis and Associates,<br><br>    Defendant. | Case No.: CV 16-2886-GHW<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: September 14, 2017      _____

GEORGE H. WU, U.S. District Judge